**960**

Fanaye WOUDNEH, Petitioner,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 03–1640.

United States Court of Appeals,
Fourth Circuit.

Submitted April 21, 2004.

Decided June 7, 2004.

Genet Getachew, Brooklyn, New York,
for Petitioner. Peter D. Keisler, Assistant
Attorney General, Richard M. Evans, Assistant Director, Thomas B. Fatouros, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before LUTTIG, KING, and
GREGORY, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Fanaye Woudneh, a native and citizen of
Ethiopia, petitions for review of a final
order of the Board of Immigration Appeals
(Board) denying her motion to reopen deportation proceedings based on a claim for
protection under the United Nations Convention Against Torture and Other Cruel,
Inhuman, or Degrading Treatment or Punishment.

Woudneh contends that the Board
abused its discretion in declining to reopen
her case to allow her to present her CAT
claim. See Stewart v. U.S. INS, 181 F.3d
587, 595 (4th Cir.1999). We have reviewed
the administrative record and the Board's
decision and find no abuse of discretion in
its refusal to grant the motion to reopen.
See 8 C.F.R. § 1003.2(c)(1) (2003); INS v.
Abudu, 485 U.S. 94, 104–05, 108 S.Ct. 904,
99 L.Ed.2d 90 (1988).

Accordingly, we deny the petition for
review. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*PETITION DENIED*